THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 12, 2014



Susan V. Kelley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:  
JOHN JOSEPH MADDEN  
ELIZABETH JEAN MADDEN

CHAPTER 13

Case Number: 10-25991-SVK

COMPLETED

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, RELEASING BOND OF TRUSTEE AND CLOSING ESTATE

The Trustee reported that he received $102,733.37; that he disbursed said funds to creditors, the attorney for the debtor, the debtor and the trustee; and that the case has been fully administered in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

The debtor (s) has complied with all the provisions of the Plan and all payments to be made thereunder having been completed;

**NOW, THEREFORE, IT IS ORDERED** that the trustee's fees and expenses are allowed retroactively; that the Final Account is approved; that the trustee is discharged; that the trustee's bond is released; and that this file be closed.

#####